IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS GROVE, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-975-WKW |
| | ) [WO] |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 24.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED; and

2. The 28 U.S.C. § 2255 motion filed by Petitioner Thomas Grove, Jr. (Doc. # 1), is DENIED with prejudice.

A final judgment will be entered separately.

DONE this 21st day of November, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE